**John Paul TURNER, a/k/a Pops, Plaintiff–Appellant,**

v.

**AUGUSTA COUNTY LIBRARY, Defendant–Appellee.**

No. 11–1858.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 2, 2011.

Decided: Nov. 15, 2011.

John Paul Turner, Appellant Pro Se.

Before WILKINSON, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing this civil action pursuant to 28 U.S.C. § 1415(e)(2)(B)(ii) (2006), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Augusta County Library*, No. 7:11–cv–00361–SGW (W.D.Va. July 27, 2011; Aug. 4, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*